**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**CARDINAL HEALTH 108, INC., et al**
        **Plaintiffs**                        \*

      **v.**                                    \*        **Civil No.  PJM-07-3215**

**MEDCARE, LLC**                  \*
        **Defendant**
                                        \*
                                    \*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records and/or affidavit the Amended Complaint was properly served upon the above named Defendant on   February 29, 2008  , and that the time for said Defendant to plead or otherwise defend expired on   March 21, 2008 , and that said Defendant has failed to plead or otherwise defend as directed in said Amended Complaint and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this  *7th*  day of  *January 2009*  .

                                                                FELICIA C. CANNON, CLERK

                                        By:    /s/
                                                       Ella S. Peterson
                                                       Deputy Clerk