**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CARDINAL HEALTH 108, INC., et al.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. PJM 07-3215 |
| | * | |
| **MEDCARE, LLC, et al.** | * | |
| | * | |
| Defendants | * | |

## DEFAULT JUDGMENT

The Clerk of the Court having entered an Order of Default against Defendant Muhammad Choudhury on March 24, 2009, upon consideration of the Plaintiffs' Motion for Default Judgment [Paper No. 55] and the exhibits submitted in support of that motion, and it further appearing that Choudhury failed to oppose Plaintiffs' Motion for Summary Judgment [Paper No. 46], and failed to oppose Plaintiffs' Motions for Entry of Default and for Default Judgment [Paper Nos. 54, 55], it is, this 19th day of May, 2009

**ORDERED**

1. Plaintiff's Motion for Default Judgment [Paper No. 55] is **GRANTED**;

2. Default Judgment is **ENTERED** in favor of Plaintiffs Cardinal Health 108, Inc. and Cardinal Health 110, Inc. and against Muhammad Choudhury, in the amount of $413,852.99 plus interest at a rate of 1.5% per month since October 1, 2007, and costs. This judgment shall be joint and several with the default judgment previously entered against Defendant Medcare, LLC. *See* Paper No. 57.

3. All matters in this case having been resolved, the Clerk of the Court shall **CLOSE** this case.

___/s/___
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**
